# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NIGHT VISION DEVICES, INC.**, <br> *Plaintiff* <br><br> v. <br><br> **CARSON INDUSTRIES, INC.**, <br> *Defendant* | Case No. 5:19-cv-04686-JDW |

## ORDER

**AND NOW**, this 28th day of January, 2020, upon consideration of Plaintiff's Motion for a Preliminary Injunction (ECF No. 3), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **DENIED**.

                                             **BY THE COURT:**

                                             */s/ Joshua D. Wolson*
                                             JOSHUA D. WOLSON, J.